PEOPLE ex · rel. MANSFIELD v. HANCOCK et al., Civil Service Com'rs. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Proceedings by the people of the state of New York, on the relation of Edward Mansfield, against John M. Hancock and others, as municipal civil service commissioners of the city of Niagara Falls, N. Y.

PER CURIAM. The determination under review wholly confirmed, with $50 costs and disbursements in favor of the respondents, against the relator. Held, that the facts relied upon as grounds for annulling the determination do not sufficiently appear in the return. If such facts existed, a further return should have been directed. Code Civ. Proc. §§ 2135, 2138, 2141, 2143; People v. Wurster, 149 N. Y. 549–554, 44 N. E. 298.

PEOPLE ex rel. MARINELLO v. SCIACCO ASS'N. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Proceedings by the people of the state of New York, on the relation · of Stefano Marinello, against the Sciacco Association. No opinion. Motion denied, on payment of $10 costs. See 67 N. Y. Supp. 751. ·

PEOPLE ex rel. NEW YORK & M. R. CO. v. STATE BOARD OF TAX COM'RS. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Proceedings by the people of the state of New York, on the relation of the New York & Manhattan Railroad Company, against the state board of tax commissioners. No opinion. Order granted, and appeal dismissed.

PEOPLE ex rel. NEW YORK JUVENILE ASYLUM, Respondent, v. KELLER, Commissioner, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Proceedings by the people of the state of New York, on the relation of the New York Juvenile Asylum, against John W. Keller, as commissioner. T. Connoly, for appellant. R. Goeller, for respondent. No opinion. Order affirmed, with costs, on opinion of court below. 65 N. Y. Supp. 617. .

PEOPLE ex rel. NEW YORK & R. B. R. CO. v. STATE BOARD OF TAX COM'RS. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Proceedings by the people of the state of New York, on the relation of the New York & Rockaway Beach Railroad Company, against the state board of tax commissioners. No opinion. Order granted, and appeal dismissed.

PEOPLE ex rel. SARGENT, Appellant, v. TARBLE, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Proceedings by the people of the state of New York, on the relation of Hiram A. Sargent, against Lenar Tarble. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. TREAT, Appellant, v. COLER, Comptroller, Respondent. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Proceedings by the people of the state of New York, on the relation of Ralph J. Treat, against Bird S. Coler, as comptroller, etc. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Reargument ordered.

PEOPLE'S LOAN ASS'N, Appellant, v. BEVERIDGE, Respondent. (Supreme Court, Appellate Division, Second Department. December 7, 1900.) Action by the People's Loan Association against Arthur L. Beveridge. No opinion. Judgment of the municipal court affirmed by default, with costs.

PERRY, Appellant, v. KOCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) In the matter of the examination of George A. Perry, judgment debtor, in the proceedings supplementary to execution upon the application of William T. Koch, judgment creditor. No opinion. Order affirmed, with $10 costs and disbursements.

PETERSON, Appellant, v. BRONX CO., Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by John Peterson against the Bronx Company. G. C. Lay, for appellant. J. V. Bouvier, for respondent. No opinion. Judgment affirmed, with costs.

PETERSON, Respondent, v. WEINPHAL, Appellant. (Supreme Court, Appellate Division, Second Department. December 7, 1900.) Action by Otto F. Peterson against Charles H. Weinphal. No opinion. Judgment of the municipal court affirmed by default, with costs.

PFEFFER, Appellant, v. KLING et al., Respondents. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Norberth Pfeffer against Philip Kling and others. C. L. Barber, for appellant. A. Kling, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PIERSON, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Annie L. Pierson, as sole executrix, against the New York, New Haven & Hartford Railroad Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. See 65 N. Y. Supp. 1039.